**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL SCHMIDT, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> RED ROCK FINANCIAL SERVICES, LLC, <br><br> Defendant(s). | 2:12-CV-1773 JCM (PAL) |

**ORDER**

Presently before the court is plaintiffs' and defendant's joint motion for an order for preliminary approval of a class settlement agreement. (Doc. # 38). The parties ask the court to: (1) preliminarily approve the class settlement agreement; (2) direct that notice be sent to class members; and (3) schedule a final fairness hearing. *Id.* Upon review of the record, it appears that no motion or stipulation for class certification has been approved by the court. Because no class has been certified, the court cannot approve of any proposed settlement on behalf of class members.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the parties' joint motion (doc. # 38) be, and the same hereby is, DENIED without prejudice.

DATED September 16, 2013.

                                                   UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**