UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL SCHMIDT, an individual, and ADRIA SCHMIDT, an individual, JAMES MCFARLANE, an individual, on behalf of themselves and those similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>RED ROCK FINANCIAL SERVICES, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 2:12-cv-01773-JCM-PAL<br><br>*Honorable James C. Mahan*<br><br>**ORDER GRANTING *EX PARTE* APPLICATION TO CONTINUE THE FINAL FAIRNESS HEARING AND EXTEND ALL RELATED DEADLINES FOR A PERIOD OF THREE MONTHS** |

This Court has considered the application of defendant Red Rock Financial Services, LLC ("Red Rock") to continue the Final Fairness Hearing and extend all related dates in order to provide the Court with an accurate depiction of the status of the class prior to the currently scheduled Final Fairness Hearing. After reviewing Red Rock's *Ex Parte* Application, and good cause appearing,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

[PROPOSED] ORDER GRANTING JOINT MOTION TO CONTINUE THE FINAL FAIRNESS HEARING AND EXTEND ALL RELATED DATES

1    IT IS HEREBY ORDERED that the Fairness Hearing and all related dates be modified as
2 follows:

| Event/Filing | Current Deadline | New Deadline |
|---|---|---|
| Joint Motion for Final Approval | February 20, 2014 | May 20, 2014 |
| Opposition to Motion for Final Approval | February 27, 2014 | May 27, 2014 |
| Final Fairness Hearing | March 6, 2014 | **July 21, 2014 10:00 am** |

Notice of the new hearing date and related deadlines shall be provided to class members on the class website provided in the Notice of Proposed Class Action Settlement, www.dmaclassaction.com. Additionally, notice shall be placed outside the courtroom on March 6, 2014 informing any appearing putative class member of the new hearing date.

IT IS SO ORDERED February 4, 2014.

_____
Honorable James C. Mahan
United States District Judge

2
[PROPOSED] ORDER GRANTING *EX PARTE APPLICATION* TO CONTINUE THE FINAL FAIRNESS HEARING AND EXTEND ALL RELATED DATES