# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MICHAEL SCHMIDT, et al.,

       Plaintiff(s),

v.

RED ROCK FINANCIAL SERVICES, LLC,

       Defendant(s).

2:12-CV-1773 JCM (PAL)

## ORDER

Presently before the court is the matter of *Schmidt et al v. Red Rock Financial Services*, case no. 2:12-cv-1773-JCM-PAL.

The parties submitted a joint motion for final approval of the settlement agreement in this class action. (Doc. # 45). The plaintiffs also submitted a separate motion for attorney fees. (Doc. # 46).

On July 21, 2014, this court held a final fairness hearing in which it approved the proposed settlement and made an oral ruling on the motion for attorney fees. (Minutes, doc. # 52). The court also ordered the parties to submit a revised proposed settlement order in accordance with the court's comments at the hearing, which the parties have now done. (*See* docs. # 53, 55). The filing of the new proposed orders moots the pending motions, which seek the same relief.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the parties' joint motion for final approval (doc. # 45) and plaintiffs' motion for attorney fees (doc. # 46) be, and the same hereby are, DENIED as MOOT.

DATED July 29, 2014.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -